# Statement

**Wildwood Valley Property Owners' Association**
PO Box 273
Ruckersville, VA 22968
e-mail:wildwoodvalley.poa@gmail.com

| Date |
|---|
| 12/31/2013 |

To:

Dale Anderson
112 Crest Rd.
**Ruckersville, VA 22973**

| Amount Due |
|---|
| $405.57 |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/31/2012 | Balance forward |  | 1,737.97 |
|  | Lot 128- |  |  |
| 01/12/2013 | INV #5182. | 138.85 | 1,876.82 |
| 01/29/2013 | PMT received from dwhh | -934.12 | 942.70 |
| 04/15/2013 | **INV #5327.** | 125.00 | 1,067.70 |
| 07/08/2013 | INV #5472. | 141.72 | 1,209.42 |
| 10/17/2013 | PMT paid by dwhh | -803.85 | 405.57 |

| Amount Due |
|---|
| $405.57 |

**WARRANT IN DEBT** (CIVIL CLAIM FOR MONEY)
Commonwealth of Virginia    VA. CODE § 16.1-79

Greene County .................. General District Court
CITY OR COUNTY

P.O. Box 245 Stanardsville VA 22973
STREET ADDRESS OF COURT

| | |
|---|---|
| CASE NO. | HEARING DATE AND TIME |
| Wildwood Valley Property Owners Association | 4/23/14 |
| PLAINTIFF(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL) | 11:30 AM |
| P.O. Box 273 | |
| Ruckersville, VA 22968 | |
| v. | |
| Anderson, Dale | |
| DEFENDANT(S) (LAST NAME, FIRST NAME, MIDDLE INITIAL) | |
| 112 Crest Road | |
| Ruckersville, Virginia 22968 | |

TO ANY AUTHORIZED OFFICER: You are hereby commanded to summon the Defendant(s).

TO THE DEFENDANT(S): You are summoned to appear before this Court at the above address on

April 23, 2014    11:30 AM    to answer the Plaintiff(s)' civil claim (see below)
RETURN DATE AND TIME

_____    [ ] CLERK    [ ] DEPUTY CLERK    [ ] MAGISTRATE
DATE ISSUED

**CLAIM**: Plaintiff(s) claim that Defendant(s) owe Plaintiff(s) a debt in the sum of

$ 405.57 net of any credits, with interest at 6.00 % from date of DOJ until paid,

$ 56.00 costs and $ 141.95 attorney's fees with the basis of this claim being

[ ] Open Account  [x] Contract  [ ] Note  [ ] Other (EXPLAIN)

**WARRANT IN DEBT**
* * *

TO DEFENDANT: You are not required to appear; however, if you fail to appear, judgment may be entered against you. See the additional notice on the reverse about requesting a change of trial location.
[ ] To dispute this claim, you must appear on the return date to try this case.
[ ] To dispute this claim, you must appear on the return date for the judge to set another date for trial.

HOMESTEAD EXEMPTION WAIVED? [ ] YES [x] NO [ ] cannot be demanded

3/12/2014    _____signature_____
DATE    [ ] PLAINTIFF  [x] PLAINTIFF'S ATTORNEY  [ ] PLAINTIFF'S EMPLOYEE/AGENT

Bill of Particulars .......... ORDERED .......... DUE

Grounds of Defense .......... ORDERED .......... DUE

ATTORNEY FOR PLAINTIFF(S)
George H. Dygert
434-979-5515

ATTORNEY FOR DEFENDANT(S)

**CASE DISPOSITION**

JUDGMENT against [ ] named Defendant(s) [ ] ........................

for $ ............. net of any credits, with interest at ......... % from date

of .......... until paid, $ ......... costs and $ ......... attorney's fees

HOMESTEAD EXEMPTION WAIVED? [ ] YES  [ ] NO  [ ] CANNOT BE DEMANDED

[ ] JUDGMENT FOR [ ] NAMED DEFENDANT(S) [ ] ........................

[ ] NON-SUIT  [ ] DISMISSED ........................

Defendant(s) Present?  [ ] YES
                       [ ] NO

_____    _____
DATE           JUDGE

JUDGMENT PAID OR SATISFIED PURSUANT TO ATTACHED NOTICE OF SATISFACTION.

.......... DATE

.......... CLERK

**DISABILITY ACCOMMODATIONS** for loss of hearing, vision, mobility, etc., contact the court ahead of time.

FORM DC-412 (PAGE ONE OF TWO) 07/04 PDF