**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

IN RE: DALE W. ANDERSON JR                    CHAPTER 13
       DEBTOR                              CASE NO. 13-61952


**ATTORNEY FEE APPLICATION**


      Comes now, the Debtors' Attorney, to apply for an additional Attorney fee on the basis of the following information:

1. The Debtors filed a bankruptcy petition before this Court on September 25, 2013 at which time the Debtors executed a fee agreement whereby the Debtor's Attorney agreed to represent the Debtors for a set fee, through confirmation, specifically excluding other unanticipated litigation or motions.

2. That on May 27, 2015, Branch Banking and Trust Co. filed a Motion to lift stay in the debtor's case for failure to make regular and timely payments.

3. That the Debtor agrees that their Attorney is due an additional fee in the amount of $250.00 for answering and addressing the motion to lift stay and filing Attorney fee application.


      Therefore, the Debtors and their Attorney hereby request the Court to enter an order confirming the additional Attorney fee, and that said fees shall be paid by the Trustee.


Dated: 06/08/2015                                   Dale W. Anderson, Jr.

                                                                                                      /s/ Larry L. Miller
                                                                                  Larry L. Miller, Esq.
                                                                                  Counsel for the Debtors


Larry L. Miller, Esq.
MILLER LAW GROUP, P.C.
1160 Pepsi Place, Suite 341
Charlottesville, VA 22901
Phone (434) 974-9776
Fax     (434)974-6773