**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

**In re:**

**DALE WESLEY ANDERSON, JR.,**         **CHAPTER 13**

    **DEBTOR.**         **CASE NO. 13-61952**

**BRANCH BANKING AND TRUST COMPANY,**

    **MOVANT,**

**vs.**
**DALE WESLEY ANDERSON, JR.
and HERBERT L. BESKIN, TRUSTEE,**

    **RESPONDENTS.**

## CERTIFICATE OF DEFAULT

The Notice of Default having been filed, Branch Banking and Trust Company, by Counsel, represents unto the Court as follows:

The Order Granting Modification of Stay was entered by the Court on July 24, 2015.

1. A Notice of Default was filed with the Court on May 16, 2016.
2. No answer, response or objection to the Notice of Default has been filed by the Debtor, Counsel for the Debtor, or by the Chapter 13 Trustee.
3. The Debtor is still in default, and the Movant has complied with all terms and conditions pursuant to the Order Granting Modification of Stay.

By: **/s/JOHNIE R. MUNCY**
Eric D. White, Esquire, Bar No. 21346
Michael T. Freeman, Esquire, Bar No. 65460
Brandon R. Jordan, Esquire, Bar No. 72170
Johnie R. Muncy, Esquire, Bar No. 73248
Nisha R. Patel, Esquire, Bar No. 83302
Douglas S. Rubin, Esquire, Bar No. 84393
Samuel I. White, P.C.
1804 Staples Mill Road,
Suite 200
Richmond, VA 23230
Tel.: (804) 290-4290
Fax: (804) 290-4298
jmuncy@siwpc.com
Counsel for Branch Banking and Trust Company

Johnie R. Muncy, Esquire
Counsel for Movant
Samuel I White, P.C.
Bar No. 73248
1804 Staples Mill Road,
Suite 200
Richmond, VA 23230
(804) 290-4290
File No. 29880

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Certificate of Default was served by regular mail or email this 6th day of June, 2016 on all necessary parties including Herbert L. Beskin, Trustee, PO Box 2103, Charlottesville, VA 22902; George H. Dygert, Counsel for Debtor, 675 Peter Jefferson Parkway, Suite 190, Charlottesville, VA 22911; and Dale Wesley Anderson, Jr., Debtor, 112 Crest Road, Ruckersville, VA 22968.

**/s/JOHNIE R. MUNCY**
Johnie R. Muncy, Esquire
Samuel I. White, P. C.