**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

**In re:**

**DALE WESLEY ANDERSON, JR.,**  **CHAPTER 13**

　　**DEBTOR.**  **CASE NO. 13-61952**

**BRANCH BANKING AND TRUST COMPANY,**

　　**MOVANT,**

**vs.**

**DALE WESLEY ANDERSON, JR.
and HERBERT L. BESKIN, TRUSTEE,**

　　**RESPONDENTS.**

## CERTIFICATE OF MAILING PURSUANT TO LOCAL RULE 9072-1

The undersigned Counsel hereby certifies to the Court that a true copy of the Order Terminating Stay for Failure to Cure the Notice of Default, entered on June 6, 2016, was mailed on June 8, 2016 to all parties who have not received electronic notice of the entry of same from this Court.

By: **/s/JOHNIE R. MUNCY**
Eric D. White, Esquire, Bar No. 21346
Michael T. Freeman, Esquire, Bar No. 65460
Brandon R. Jordan, Esquire, Bar No. 72170
Johnie R. Muncy, Esquire, Bar No. 73248
Nisha R. Patel, Esquire, Bar No. 83302
Douglas S. Rubin, Esquire, Bar No. 84393
Samuel I. White, P.C.
1804 Staples Mill Road,
Suite 200
Richmond, VA 23230
Tel.: (804) 290-4290
Fax: (804) 290-4298
jmuncy@siwpc.com
Counsel for Branch Banking and Trust Company

**File No. 29880**