B6C (Official Form 6C) (04/13)

IN RE **Anderson, Dale Wesley Jr.** _____ Case No. **13-61952** _____
　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:　　☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| 112 Crest Road<br>Ruckersville, VA 22968<br>CTA Value: $273,900.00 | CV § 34-4 | 1.00 | 273,900.00 |
| Greene Acers Lot 15 Section J<br>Plat Book 3 Page 11<br>CTA: $4,000.00<br>NOTE: Debtor has a 1/3 interest in this property as he owns it with 2 of his brother.  Debtor's interest in the property $1,333.33 | CV § 34-4 | 1,333.33 | 4,000.00 |
| Parcel 4-6.6 Acres<br>Map No. 16-6-2<br>Buckingham County Deed Book 509, page 559<br>NOTE: Debtor has a 1/5 interest in 2/3 of this property.  Debtor's 1/5 interest is $3,013.33. | CV § 34-4 | 1.00 | 22,600.00 |
| Parcel 60 Acres<br>Map No. 15-38<br>Buckingham County Deed Book 197, page 603<br>NOTE: Debtor has a 1/5 interest in 2/3 of this property.  Debtor's 1/5 interest in this property is $29,253.33. | CV § 34-4 | 1.00 | 219,400.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| Cash on hand | CV § 34-4 | 10.00 | 10.00 |
| Navy Federal Credit Union Checking Account | CV § 34-4 | 13.79 | 13.79 |
| United Bank Checking Account<br>NOTE: Account balance is $8.74, account is owned jointly with debtor's wife, debtor's half-interest is $4.37 | CV § 34-4 | 4.37 | 4.37 |
| 1 Love Seat, 1 Desk, 1 Dresser, 1 Bed, 1 Television, 1 DVD Player, 1 Lamp | CV § 34-26(4a) | 150.00 | 150.00 |
| 1 Stove, 1 Refrigerator, 1 Dishwasher, 1 Microwave, 1 Washer, 1 Dryer, 2 Entertainment Centers<br>NOTE: Property valued at $300.00, property is owned jointly with debtor's wife, debtor's half-interest is $150.00 | CV § 34-26(4a) | 150.00 | 150.00 |
| Men's Clothing | CV § 34-26(4) | 500.00 | 500.00 |
| 1 Wedding Ring | CV § 34-26(1a) | 75.00 | 75.00 |
| 1 Riding Mower, 1 Push Mower, 1 Weed Eater, 1 Hand Tool, 2 Power Tools | CV § 34-4 | 150.00 | 150.00 |
| Term Life Insurance Policy<br>NOTE: Policy is through debtor's employer. | CV § 34-4 | 1.00 | 1.00 |
| Retirement Account | CV § 34-34 | 20,100.00 | 20,100.00 |

* _Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment._

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/13) - Cont.

IN RE Anderson, Dale Wesley Jr. _____ Case No. **13-61952**
                    Debtor(s)                                              (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Potential funds due to debtor unknown at the time of filing, including state and federal income tax refunds, possible garnishment funds, and inheritance. | CV § 34-4 | 1.00 | 1.00 |
| 1999 LS Trailer<br>Client Estimated Value: $500.00 | CV § 34-4 | 500.00 | 500.00 |
| 2000 Chevrolet Silverado<br>Mileage: 210,000<br>NADA Value: $4,675.00 | CV § 34-4 | 1,675.00 | 4,675.00 |
| 2006 Mercedes Benz CS5<br>Mileage: 130,000<br>NADA Value: $19,150.00 | CV § 34-26(8) | 2,445.00 | 19,150.00 |
| 2 Pets | CV § 34-26(5) | 20.00 | 20.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only